In the Matter of ARLENE K. CUNNINGHAM, Respondent, v LOUIS J. JACKSON, II, Appellant, and DEBRA K. BEACH, Respondent, et al., Respondent. [873 NYS2d 229]—Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered July 9, 2007 in a proceeding pursuant to Family Court Act article 6. The order modified a prior order of custody and visitation.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Peradotto and Gorski, JJ.